IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



**MARY BATES**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 3:02CV1548WS**

**EL4, INC., BODY BY JAKE ENTERPRISES,
INC., D/B/A BODY BY JAKE, RDI, INC.,
HERBAL TECHNOLOGIES, INC. AND
DEAN TORNABENE**  **DEFENDANTS**

## AGREED ORDER

THIS DAY THIS CAUSE came on to be heard on the Motion by Plaintiff, Mary Bates, to extend the due date for her response to Herbal Technologies, Inc. Motion for Summary Judgment, the Court being advised that the attorney for Herbal Technologies, Inc. has no objection to said extension to and through Monday, December 5, 2005, said Motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED that the Response to Herbal Technologies, Inc. Motion for Summary Judgment is due on Monday, December 5, 2005.

SO ORDERED this the 13th day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

READ AND AGREED TO:

_____
JAMES W. NOBLES, JR., ATTORNEY
FOR PLAINTIFF

_____
ERIC HATTEN, ATTORNEY FOR
DEFENDANT HERBAL TECHNOLOGIES, INC.