IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 2 0 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

MARY BATES )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 3:02CV1548WS
)
BODY BY JAKE ENTERPRISES, INC. D/B/A/ )
BODY BY JAKE, HERBAL TECHNOLOGIES, )
INC., RDI, INC., DEAN TORNABENE, AND )
E4L, INC. )
)
Defendants. )

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS HERBAL TECHNOLOGIES, INC., AND DEAN TORNABENE

CAME ON, to be heard on the *ore tenus* Motion To Dismiss With Prejudice filed jointly by the undersigned counsel, and the Court, having been advised in the premises and apprised that counsel for the Plaintiff and counsel for Dean Tornabene and Herbal Technologies, Inc., have entered into an agreement fully resolving all issues by and between these parties, finds that said Motion To Dismiss With Prejudice as to said parties only is well taken and should granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that this civil action shall be, and is hereby, dismissed with prejudice as to Herbal Technologies, Inc., and Dean Tornabene, only, with each party bearing its own respective costs, fees, and expenses.

SO ORDERED AND ADJUDGED, this the 15th day of March, 2006.

_____
U.S. DISTRICT COURT JUDGE

AGREED:

_____
William Dalehite, Esq.
Attorney for Dean Tornabene

8442

_____
Eric F. Hatten, Esq.
Attorney for the Herbal Technologies, Inc.

_____
James W. Nobles, Jr., Esq.
Attorney for the Plaintiff